```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 05 B 20086
    DERRICK TURNER
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

          Debtor
    SSN XXX-XX-9645

----------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
----------------------------------------------------------------------
     The case was filed on 10/06/2005 and was confirmed 02/06/2006.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated 100.00% from remaining funds.

     The case was paid in full 12/27/2007.
----------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT      INTEREST         PRINCIPAL
                                                               PAID             PAID
----------------------------------------------------------------------
CHASE MANHATTAN BANK     CURRENT MORTG          .00              .00              .00
TOYOTA MOTOR CREDIT      SECURED            12743.86          952.67         12743.86
LEXUS FINANCIAL SERVICES UNSECURED          NOT FILED            .00              .00
BANKFIRST CARD CENTER    UNSECURED          NOT FILED            .00              .00
BEST BUY                 UNSECURED          NOT FILED            .00              .00
CB&T                     UNSECURED          NOT FILED            .00              .00
SEARS                    UNSECURED          NOT FILED            .00              .00
CITIBANK NA              UNSECURED          NOT FILED            .00              .00
FLEET CREDIT CARD        UNSECURED          NOT FILED            .00              .00
HSBC NEVADA              UNSECURED          NOT FILED            .00              .00
ONYX ACCEPTANCEO CORP    UNSECURED            2074.62            .00           2074.62
PROVIDIAN                UNSECURED          NOT FILED            .00              .00
US DEPT OF EDUCATION     UNSECURED            2036.35            .00           2036.35
VERIZON                  UNSECURED          NOT FILED            .00              .00
DIRECT MERCHANTS BANK    UNSECURED          NOT FILED            .00              .00
HOMEMAKERS               UNSECURED          NOT FILED            .00              .00
MAC TOOLS                UNSECURED          NOT FILED            .00              .00
ECAST SETTLEMENT CORP    UNSECURED            4130.18            .00           4130.18
SEARS PAYMENT CENTER     UNSECURED          NOT FILED            .00              .00
JOSEPH A BALDI TRUSTEE   ADMINISTRATIV      NOT FILED            .00              .00
OFFICE OF THE US TRUSTEE NOTICE ONLY        NOT FILED            .00              .00
LEGAL HELPERS PC         DEBTOR ATTY         1,400.00                          1,400.00
TOM VAUGHN               TRUSTEE                                               1,411.01
DEBTOR REFUND            REFUND                                                2,284.31

       Summary of Receipts and Disbursements:
----------------------------------------------------------------------
                         RECEIPTS        DISBURSEMENTS
----------------------------------------------------------------------
TRUSTEE                 27,033.00

PRIORITY                                        .00

                  PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 05 B 20086 DERRICK TURNER
```

```
SECURED                                              12,743.86
    INTEREST                                            952.67
UNSECURED                                             8,241.15
ADMINISTRATIVE                                        1,400.00
TRUSTEE COMPENSATION                                  1,411.01
DEBTOR REFUND                                         2,284.31
                              ---------------    ---------------
TOTALS                              27,033.00          27,033.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                              /s/ Tom Vaughn
Dated: 03/27/08               _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE
```